United States Court of Appeals
Fifth Circuit

**F I L E D**

May 13, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 01-11323

---

In the Matter Of: HARBOUR FINANCIAL GROUP INC.
Debtor
------------------------------------------------

PRICEWATERHOUSECOOPERS, LLP,

Appellant,

VERSUS

JOHN H. LITZLER,

Appellee.

---

Appeal from the United States District Court
For the Northern District of Texas, Dallas Division

---

(00-CV-1283)

---

Before HIGGINBOTHAM, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Pricewaterhousecoopers, LLP (PWC) appeals from the district court's decision affirming the fee award made by the bankruptcy

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court to PWC for its work on the ultimately unsuccessful Chapter 11 reorganization of Harbour Financial Group. The award, made pursuant to 11 U.S.C. § 330, reduced PWC's requested fees from $613,933.50 to $207,928.00, and its requested expenses from $63,777.91 to $13,277.15. On appeal PWC argues that the bankruptcy court and district court both erred in so reducing its fees and expenses.

We review the bankruptcy court's professional fee determinations for an abuse of discretion. In the Matter of Evangeline Refining Co., 890 F.2d 1312, 1325 (5th Cir. 1989). The bankruptcy court abuses its discretion only where it applies an incorrect legal standard, erroneous fee calculation procedures, or bases an award on a finding of fact that is clearly erroneous. Id.

Finding that the bankruptcy court did not abuse its discretion, the judgment of the district court is AFFIRMED.